## CERTIFICATE OF SERVICE

I, <u>Gini L. Downing</u>_____(name), certify that service of this summons and a copy of the complaint was made <u>February 4, 2022</u>_____(date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Jonathan Koevary
Olshan Frome Wolosky LLP
1325 Avenue of the Americas
New York, NY 10019

Leading Pharma LLC
Attn: Dev Kumar Singh, COO
3 Oak Road
Fairfield, NJ 07004

☒ Certified Mail Service: By sending the process by certified mail addressed to the following entities/officers/registered agents of the defendant at:
Leading Pharma LLC
Attn: Raik Gondalia, President
3 Oak Road
Fairfield, NJ 07004

Corporation Service Company,
R/A for Leading Pharma LLC
251 Little Falls Drive
Wilmington, DE 19808

I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

| | | |
|---|---|---|
| Date | <u>February 4, 2022</u> | Signature  /s/ *Gini L. Downing* |
| | Print Name: | Gini L. Downing |
| | | Pachulski Stang Ziehl & Jones LLP |
| | | 10100 Santa Monica Blvd. |
| | | 13th Floor |
| | Business Address: | <u>Los Angeles, CA 90067</u> |

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Leading Pharma LLC
Attn: Raik Gondalia, President
3 Oak Road
Fairfield, NJ 07004

9590 9402 3367 7227 2908 57

2. Article Number *(Transfer from service label)*

7017 2400 0000 3936 6466

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
sured Mail
sured Mail Restricted Delivery
ver $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

---

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Corporation Service Company,
R/A for Leading Pharma LLC
251 Little Falls Drive
Wilmington, DE 19808

9590 9402 3367 7227 2908 64

2. Article Number *(Transfer from service label)*

7017 2400 0000 3936 6473

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
nsured Mail
nsured Mail Restricted Delivery
over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

